UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:16 CR 308 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ALFONSO RODRIGO, | ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Defendant Alfonso Rodrigo's Motion to Reduce Sentence ("Motion") (ECF No. 654). Rodrigo argues that USSG § 4A1.1(e), which amended the calculation of criminal-history points for defendants, entitles him to a reduced sentence. (Mot. at PageID #5434–35.) However, as the Government points out, the court may not reduce a sentence "to a term that is less than the minimum of the amended guideline range determined" by the applicable guideline amendment. USSG § 1B1.10(b)(2)(A). Here, pursuant to Rodrigo and the Government's plea agreement, the court sentenced Rodrigo to a 200-month term of imprisonment. (ECF Nos. 465, 466.) Rodrigo does not dispute that that term remains below the new advisory guideline range, which is 210 to 262 months. Rodrigo thus is not entitled to a reduced sentenced, and the court denies his Motion.

IT IS SO ORDERED.

*/S/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 26, 2024